

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00195-CR

**IN RE** Douglas R. **LYON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: April 15, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 1, 2015, relator Douglas R. Lyon filed a pro se petition for writ of mandamus seeking an order from this court directing the Chief Medical Examiner at the Bexar County Medical Examiner's Office to respond to relator's requests for records. However, this court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1993CR5434, styled *The State of Texas v. Douglas R. Lyon*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.